,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LOPEZ, | No. 2:23-cv-1023 CKD P |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| SOLANO COUNTY JUSTICE CENTER, et al., | <u>FINDINGS AND RECOMMENDATIONS</u> |
| Defendants. | |

On August 22, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty-day period has now expired, and plaintiff has not filed an amended complaint. Although it appears from the docket that plaintiff's copy of the August 22, 2023, order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of a current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 12, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lope1023.fta

2