UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY JUSTICE CENTER, et al.,<br><br>Defendant. | No.  2:23-cv-01023-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. No. 9) |

Plaintiff Stephanie Lopez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On October 13, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders.  (Doc. No. 9.)  In particular, on August 22, 2023, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and directed plaintiff to file an amended complaint within

/////

/////

/////

1

thirty days.  (Doc. No. 6.)  Plaintiff did not comply with, or otherwise respond to, the court's

August 22, 2023 order.[1]

The pending findings and recommendations were served on plaintiff and contained notice

that any objections thereto were to be filed within fourteen (14) days after service.[2]  (Doc. No. 9

at 2.)  To date, no objections to the findings and recommendations have been filed, and the time

in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

*de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.     The findings and recommendations issued on October 13, 2023 (Doc. No. 9) are

adopted in full;

2.     This action is dismissed, without prejudice, due to plaintiff's failure to prosecute

this action and failure to comply with court orders; and

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 7, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  The service copy of the order dated August 22, 2023 was returned to the court and marked as "Undeliverable."  Thus, plaintiff was required to file a notice of her change of address with the court no later than November 30, 2023.  To date, plaintiff has not filed a notice of her change of address or otherwise communicated with the court.

[2]  To date, the service copy of the pending findings and recommendations dated October 13, 2023 has not been returned to the court marked as undeliverable.